■ THOMAS J. DALTON et al., Respondents, v. JAMES F. CARTER, Appellant.— In an action to recover damages for injuries to person and property and for medical expenses and loss of services, the appeal is from a judgment of the County Court, Nassau County, entered on the verdict of a jury in favor of respondents. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of ANONYMOUS, Appellant, against ANONYMOUS, Respondents.— In a habeas corpus proceeding to obtain custody of a child, the appeal is (1) from an order dismissing the writ, and (2) from so much of an order as denied appellant's motion to vacate the order dismissing the writ and to set aside the habeas corpus proceeding. Appellant, an infant, asserts that the order dismissing the writ should have been vacated because no guardian ad litem had been appointed for her prior to the determination of the proceeding. Appeals dismissed, without costs. The order should have been, and may still be, vacated on a proper application for such relief (see *Anderson* v. *Anderson*, 164 App. Div. 812; *Byrnes* v. *Byrnes*, 109 App. Div. 535; *Seiden* v. *Reimer*, 190 App. Div. 713, affd. 232 N. Y. 593; 19 Carmody-Wait, New York Practice, p. 671; cf. Civ. Prac. Act, § 109). However, the appeals are not properly before us, since no guardian has been appointed to prosecute them. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Estate of NATHAN LIEBLICH, Deceased. ANNA LIEBLICH, as Executrix of NATHAN LIEBLICH, Deceased, Appellant; IRVING COOPERSMITH, Respondent.— In a proceeding pursuant to section 231-a of the Surrogate's Court Act, the appeal is from a decree of the Surrogate's Court, Kings County (designated in the notice of appeal as an order and decree), fixing respondent's compensation at $15,000. Decree unanimously affirmed, without costs. No opinion. Present — Murphy, Ughetta, Hallinan and Kleinfeld, JJ.; Beldock, Acting P. J., not voting.